USCA1 Opinion

 

 November 8, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1514 SARAH BOYLE, Plaintiff, Appellant, v. BROWN UNIVERSITY, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Francis J. Boyle, U.S. District Judge] ___________________ ____________________ Before Boudin, Circuit Judge, _____________ Bownes, Senior Circuit Judge, ____________________ and Stahl, Circuit Judge. _____________ ____________________ Joel D. Landry on brief for appellant. ______________ Beverly E. Ledbetter with whom Christopher H. Little and Fran _____________________ ______________________ ____ Robins Liben were on brief for appellees. ____________ ____________________ ____________________ Per Curiam. The court has reviewed the briefs and other __________ pertinent materials in this case and affirms the judgment below substantially for the reasons stated in the report and recommendation of the Magistrate-Judge. Affirmed. ________